# In the
# United States Court of Appeals
## For the Eleventh Circuit

———————————————

No. 24-12556

———————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

NATHANIEL BROUGHTON,

*Defendant-Appellant.*

———————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cr-00043-TWT-CCB-1

———————————————

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 17, 2026

For the Court: DAVID J. SMITH, Clerk of Court